# Court of Appeals
# of the State of Georgia

ATLANTA,  May 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0355. BENTON GRANT v. MIDWOOD GLEN AMPM PARTNERS, LLC.

In this dispossessory action, the Magistrate Court of DeKalb County entered a writ of possession against Benton Grant. Grant then filed this application for discretionary review of the magistrate court's order.

Ordinarily, "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (punctuation omitted). Thus, this Court has jurisdiction to address a magistrate court order only if the order has been reviewed by a state or superior court. See, e.g., *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). We therefore lack jurisdiction to consider this application.

The Georgia Constitution, however, provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; accord Court of Appeals Rule 11 (b).

Accordingly, this application is hereby TRANSFERRED to the Magistrate Court of DeKalb County with direction to send it to the Superior Court of DeKalb County for disposition.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/05/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] We recognize that we are in possession of a limited record and that our determination that the Superior Court of DeKalb County is the proper jurisdiction and venue for this case is limited by that record. Of course, the Superior Court of DeKalb County is under the same obligations as this Court in the event it determines that it lacks jurisdiction or that venue lies elsewhere.